The United States District Court
For The Southern District of West Virginia
Charleston Division

United States of America,
    Plaintiff

V.                                                              Crim Act 2:24-CR-00145

Theodore Miller
    Defendant

<u>Motion To Address The Cruel and Unusual Punishment resulting
from The Denial of Eye Care and Permanent Damage</u>

On September 13, 2025 The Defendant, Mr. Miller Respectfully requests this Court order The Jail and Government to Provide the eye care he has been denied for over a year. Which has resulted in Permanent Damage. Pursuant Protections under his 5th Amendment rights of Due Process and Protections of his 8th Amendment rights against Cruel and Unusual Punishment.

The Defendant, who prior to Detention had very healthy eyes and Stabalized Vision. As he would take care with his contacts and wear glasses as needed. Now has permanent eye damage resulting from being forced to wear the same contacts day and night for Several months without ever being able to remove them. Despite the fact that they are to be taken out daily and changed every few weeks.

Over the last year The Defendant has made Several requests for glasses, new contacts, to see an eye doctor, and for materials to help with his contacts. By Submitting requests to the Jail, grievances, notifying his attorney, notifying probation

1

and even notifying the Marshals. All of which requested the Government's approval and were denied.

The result of the Government's deliberate indifference in treating The Defendant's Serious medical needs has resulted in Severe Prejudice. Which includes infections, headaches, Permanent eye damage and more. That is defined as Cruel and unusual Punishment under the law, has turned his Detention from Potentially Procedural to Punitive, and the Defendant is requesting assistance from this Court Directly.

## Argument

It has been well established "Prison officials have a duty under the 8th Amendment to provide humane Conditions of Confinement. They must ensure the inmates receive adequate food, clothing, shelter, and medical Care. Farmer V. Brennan 511 US 825, 114 Sct Lexis 4274 (1970). However, while in Pretrial Detention. the Jail has to abide by Conditions approved by the Government. Making things much more Complicated - Technically So, as a Pretrial Defendant is to be Considered Innocent until Proven guilty, his Conditions should be better.

Instead of being treated better than a Convicted Felon as one would think to be true for a Pretrial Detainee. In Mr. Miller's Case by denying his Much needed eye Care and glasses. He is treated worse than the lowest Standard of a Convicted inmate under the 8th Amendment. Making his Detention to be Considered torture and Punitive under the eyes of the law. For the Sole purpose of Breaking Mr. Miller and forcing him to Confess to Crimes he did not Committ.

2

## Punitive Detention

By Denying the Defendant's Prescribed Contacts and Glasses makes his Detention Punitive which needs to be addressed and fixed or he needs to be released.

"The Supreme Court has observed that "Due Process requires that a Pretrial Detainee not be punished whereas a Sentenced inmate may be punished although that Punishment may not be Cruel and unusual under the 8th Amendment Bell V. Wolfish 441 US 520, 535, N 16, 99 S Ct 1861 60 L.ed 2d 447 (1979). The Due Process Rights of a Pretrial Detainee are therefor "at least as great as the eighth's amendments Protections available to the Convicted Prisoner" Martin V. Gentile 849 F 2d 863 870 (4th Cir 1988)

Last but not least "Inadequate medical care violates the Cruel and unusual Punishment Clause" under 8th Amendment Estelle V. Gamble 429 US 97 104-05, 97 S ct 285 L.ed 2d 251 (1976).

Plain and Simple - The Defendant has been prescribed Glasses and Contacts because he has a serious eye problem. By denying glasses and Contacts that he needs to see due to Pretrial Detention makes his Detention Punitive, and a form of Deliberate q/physical, and physcalogical torture. Causing eye infections, headaches, and permanent eye damage. That he otherwise would not be dealing with.

## 5th Amendment Violations

The Defendant has inquired many times about glasses, Contacts, and Seeing an eye doctor. Has sent grievances, has reported the denial to his

3

Counsel, has discussed it with the marshals, and has even discussed it with probation. Who made a note in his PSR to ensure the Defendant could at least obtain glasses and contacts in Prison.

It has been well established. A pretrial Detainee makes out a due process violation if he shows a "deliberate indifferences to serious Medical needs" within the meaning of Estelle V. Gamble 429 US 97/104-05 97 Sct 285, 50 Led 2d 251 (1976) See Generally, Heyer V. United States Bureau of Prisons, 849 F. 2d 210 (4th Cir 2017); Martin V. Gentile 849 2d 833 (4th Cir 1988). Applying deliberate indifference Standard to an arrestees claim for inadequate medical care. A "Serious medical need is one that has been diagnosed by a physician as mandating treatment or one that is so obvious that even a lay person would easily recognize the necessities for a doctor's attention Iko V. Shreve 535 F.3d 225, 241 (4th Cir 2008); Mill V. Palmer Lexis 30851 (WDNC 2019).

By Denying The Defendants Glasses and Contacts. That the Defendant easily obtains in his normal life. He is being denied has due process and is being punished. While he was supposed to be treated innocent until found guilty.

### 8th Amendment Violations

Although at this time The Court has not adjudged guilt and technically Should be considered a pretrial Detainee until the time it does. The Defendant is about to be Sentenced. Where the 8th Amendment would be applicable and the Court may even see the 8th amendment relevant at this time.

If they do, as Shown throughout this motion The deprivation of The Defendant's prescribed Glasses and Contacts is considered Cruel and unusual

4

Punishment under the 8th Amendment as Seen Estelle v. Gemple 429 US 97 104, 05 97 Set 285 50 Led 2d 251 (1978) as it is "Deliberate indifference to Serious medical needs.

Which is required to be addressed.

### Conclusion

The Defendant has exhausted all other options in obtaining his prescribed eye glasses and contacts. The deprivation of treatment has resulted in Punitive Detention as well as Cruel and unusual Punishment. Especially now that he has permanent eye damage as a result. To which The Defendant needs this Court to intervene and make sure the Defendant receive the care he needs

### Remedy

The Defendant requests this Court order the Government and Jail take Steps and provide The Defendant with an appointment to See an eye professional, glasses, and Contacts as needed. Within 14 days of the Courts order

By:

Theodore Miller

Co Bear Industries

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
Carrie Childress
South Central Regional Jail
1001 Centre Way
South Charleston WV 25309
My Commission Expires October 24, 2029

5