FILED: October 3, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-4533
(2:24-cr-00145-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

THEODORE MILLER

      Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Southern District of West Virginia at Charleston |
| Originating Case Number | 2:24-cr-00145-1 |
| Date notice of appeal filed in originating court: | 10/03/2025 |
| Appellant | Theodore Miller |
| Appellate Case Number | 25-4533 |
| Case Manager | C. Halupa<br>804-916-2702 |